IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JESSE COGILL, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:15CV319 |
| | ) | |
| v. | ) | |
| | ) | |
| DR. CARABINE, to be sued in both their individual and official capacities, MECHELLE CAPPS, Deputy Warden to be sued in both their individual and official capacities, and JOHN DOES, to be sued in both their individual and official capacities, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

On February 23, 2016, the court ordered Plaintiff to file an amended complaint within 30 days. (Filing No. 8.) On March 3, 2016, Plaintiff was again reminded to file an amended complaint consistent with the court's February 23, 2016, order. (Filing No. 10.) To date, Plaintiff has not filed an amended complaint.

IT IS THEREFORE ORDERED that:

1. On or before April 22, 2016, Plaintiff shall file an amended complaint that follows the instructions in the court's prior order (Filing No. 8), in the absence of which this case will be dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders; and

2. The Clerk of Court shall set a pro se case management deadline using the following text: April 22, 2016: check for amended complaint; if none, dismiss case.

DATED this 4th day of April, 2016.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge