IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JESSE COGILL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV319 |
| | ) | |
| v. | ) | |
| | ) | |
| DR. CARABINE, to be sued in both their individual and official capacities, MECHELLE CAPPS, Deputy Warden to be sued in both their individual and official capacities, and JOHN DOES, to be sued in both their individual and official capacities, | ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) | |

On February 23, 2016, the court ordered Plaintiff to file an amended complaint within 30 days. (Filing No. 8.) In a March 3, 2016, order ruling on Plaintiff's Motion for Status (Filing No. 9), Plaintiff was again reminded to file an amended complaint consistent with the court's February 23, 2016, order on or before March 23, 2016. (Filing No. 10.) After not receiving an amended complaint, the court issued an April 4, 2016, order instructing Plaintiff to file an amended complaint "that follows the instructions in the court's prior order (Filing No. 8), in the absence of which this case will be dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders." (Filing No. 11.) To date, Plaintiff has not filed an amended complaint or taken any other action in this case.

IT IS THEREFORE ORDERED that:

1. This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders; and

2. Judgment shall be entered by separate document.

DATED this 4th day of May, 2016.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge